UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| VICKI LYNN FLEMING, )<br>)<br>   *Plaintiff*, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>   *Defendant*. ) | Case No. 4:10-cv-25<br>Judge Mattice |

## ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on July 5, 2011 [Court Doc. 22]. Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Plaintiff's Motion for Summary Judgment [Court Doc. 16] be **GRANTED**, the Commissioner's Motion for Summary Judgment [Court Doc. 20] be **DENIED**, the decision of the Commissioner be **REVERSED**, and the matter be **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

**SO ORDERED** this 25th day of July, 2011.

                                                   */s/Harry S. Mattice, Jr.*
                                                 HARRY S. MATTICE, JR.
                                       UNITED STATES DISTRICT JUDGE